# UNITED STATES DISTRICT COURT
for the

Western District of Louisiana

United States of America
v.

Derrick A. Samuels

Case No: 5:11-CR-00011-11

USM No: 15377-035

Date of Original Judgment: 05/14/12
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Betty Marak
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/14/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/25/2021

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Chief Judge S. Maurice Hicks, Jr.
*Printed name and title*